UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | Case No.  CR 99-235 RHK/AJB |
| v. | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br><u>TO BAIL REFORM ACT</u> |
| Norman Darnell Toney, | |
| 　　　　Defendant. | |

_____

Upon motion of the United States it is ORDERED that a detention/preliminary revocation hearing is set for March 8, 2011 at 2:30 p.m.  before Magistrate Judge Janie S. Mayeron, 6B,  U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: March 7, 2011

　　　　　　　　　　　　　　　　　　　　　s/ *Arthur J. Boylan*
　　　　　　　　　　　　　　　　　　　　ARTHUR J BOYLAN
　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge

---

\*　If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant.  18 U.S.A. §3142(f)(2).

　A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.