# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Norman Darnell Toney,<br><br>　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Janie S. Mayeron 6B<br>U.S. Magistrate Judge<br><br>Case No:　　　　　　CR 99-235 RHK/AJB<br>Date:　　　　　　　March 8, 2011<br>Time Commenced:　2:58 p.m.<br>Time Concluded:　　3:02 p.m.<br>Time in Court:　　　4 Minutes |

☒ **PRELIMINARY REVOCATION/DETENTION HRG**
　　Time in Court Prelim Revo/Det: 1/3

## APPEARANCES:

　Plaintiff:　Chris Wilton, Assistant U.S. Attorney
　Defendant: Doug Olson
　　　　　　☒ FPD　　　　　　☒ Appointed

On　　Violation of　☒ Supervised Release

or

☒ Defendant is released under the same terms and conditions of supervised release with the additional condition of GPS monitoring.

☒ Probable cause found.  Deft bound over to District Court of Minnesota

Additional Information:
A final revocation hearing is scheduled for April 12, 2011 at 10:00 a.m. before U.S. Judge Richard H. Kyle, 7A.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Theresa Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Criminal Duty Clerk