## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**Norman Darnell Toney**<br><br>　　　　　　　　Defendant. | Docket No. 0:99CR00235-001(RHK) |

　　　On the 8th day of March, 2011, Norman Darnell Toney appeared before the Honorable Janie S. Mayeron, U.S. Magistrate Judge, for a preliminary and detention hearing.

　　　IT IS HEREBY ORDERED That Norman Darnell Toney be released under the same terms and conditions previously imposed on supervised release. In addition, the following condition of release is imposed:

- The defendant shall participate in a home detention program which may include Global Positioning System technology until his final revocation hearing. The defendant shall not be responsible for the costs.

Signed and executed this 8th day of March, 2011.

_____
(Honorable Janie S. Mayeron
U.S. Magistrate Judge

c: Amy E. West, U.S. Probation, Minneapolis, MN

**SCANNED**
MAR 0 9 2011
U.S. DISTRICT COURT ST. PAUL