# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Norman Darnell Toney** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br>Case Number: **Cr. 99-235-01 RHK/AJB**<br>USM Number: **05443-041**<br>Social Security Number: **6508**<br>Date of Birth: **1964**<br><br>**Douglas Olson**<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]   admitted guilt to violation of condition(s):  of the term of supervision.
[x]   was found in violation of condition(s) **1,2,3,4** after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not commit any crimes; federal, state or local | 3/2/11 |
| 2 | Shall not leave the judicial district without permission | 3/211 |
| 3 | Shall notify the probation officer within 72 hours of being arrested or questioned by law enforcement officer | 3/2/11 |
| 4 | Shall not purchase, possess, use, distribute or administer any controlled substance of any paraphernalia related to any controlled substance | 3/2/11 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**APRIL 11, 2011**
Date of Imposition of Judgment

s/ Richard H. Kyle
Signature of Judge

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judge

**April 11, 2011**
Date

O 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT:       NORMAN DARNELL TONEY
CASE NUMBER:     CR. 99-235-1 RHK/AJB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months supervised release shall terminate a completion of sentence**.

[x]    The court makes the following recommendations to the Bureau of Prisons:
       **confinement at the federal medical center Rochester Minnesota do to the defendant's medical condition.**

[]     The defendant is remanded to the custody of the United States Marshal.

[x]    The defendant shall surrender to the United States Marshal for this district.
       [x] at **10:00 am** on **May 9, 2011**.
       [] as notified by the United States Marshal.

[]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [] before  on .
       [] as notified by the United States Marshal.
       [] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

United States Marshal

By _____
Deputy United States Marshal