UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-cr-235(RHK/AJB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      **NOTICE OF REMOVAL**

(1) NORMAN DARNELL TONEY,
(2) MUSSETTE RUBY WADE,

      Defendants.

Please remove the following former Assistant United States Attorney to the above-captioned case:

<u>Remove</u>

Steven L. Schleicher

Dated: October 25, 2023                        Respectfully submitted,

                                                      ANDREW M. LUGER
                                                      United States Attorney

                                                      *s/ Lisa D. Kirkpatrick*

                                                      BY: LISA D. KIRKPATRICK
                                                      Assistant U.S. Attorney
                                                      Attorney ID No. 17399